# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHIERRE JONES
ADC # 120477                                                                PLAINTIFF

v.                                    No. 5:13-cv-89-DPM

MICHAEL FERRICHER, Sergeant,
Maximum Security Unit, ADC; KENDRICK
NELSON, Lieutenant, Maximum Security
Unit, ADC; WILLIAM STRAUGHN, Warden
Maximum Security Unit, ADC; STEVE OUTLAW,
Assistant Warden, Maximum Security Unit, ADC;
JOSEPH W. WILLIAMS, Lieutenant, Maximum
Security Unit, ADC; and MAURICE WILLIAMS,
Major, Maximum Security Unit, ADC                                          DEFENDANTS

## ORDER

The Court has considered Magistrate Judge H. David Young's proposed findings and recommendations, № 20, Jones's objections, № 21, and his motion for appointed counsel, № 22. It's unclear what steps Jones has taken to find a lawyer, and his claims are neither factually nor legally complex. *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013). Motion, № 22, denied. On *de novo* review, the Court adopts the proposed decision. FED. R. CIV. P. 72(b)(3). Defendants' motion for summary judgment, № 15, is granted. Jones's complaint is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and the related Judgment would not be taken in good faith.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 December 2013