IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHIERRE JONES**
**ADC # 120477**                                                              **PLAINTIFF**

v.                                      No. 5:13-cv-89-DPM

**MICHAEL FERRICHER, Sergeant,**
**Maximum Security Unit, ADC; KENDRICK**
**NELSON, Lieutenant, Maximum Security**
**Unit, ADC; WILLIAM STRAUGHN, Warden**
**Maximum Security Unit, ADC; STEVE OUTLAW,**
**Assistant Warden, Maximum Security Unit, ADC;**
**JOSEPH W. WILLIAMS, Lieutenant, Maximum**
**Security Unit, ADC; and MAURICE WILLIAMS,**
**Major, Maximum Security Unit, ADC**                       **DEFENDANTS**

## JUDGMENT

Jones's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 December 2013